DANIEL G. BOGDEN
United States Attorney
BRADLEY W. GILES
Assistant United States Attorney
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*-oOo-*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-005-LDG-PAL |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE AND REQUEST FOR CONSOLIDATION |
| MICHAEL LAMAR RIVERS, | ) | (Unopposed) |
| Defendant. | ) | |

### CERTIFICATION

Pursuant to LCR 12-1, undersigned counsel hereby certifies that this motion for consolidation is filed in a timely manner. The Defendant's initial appearance on the indictment reference the above-captioned case occurred on the date of this filing.

### REQUEST FOR CONSOLIDATION

Comes now, the United States of America, by and through counsel, Daniel G. Bogden, United States Attorney for the District of Nevada, and Bradley W. Giles, Assistant United States Attorney, hereby providing notice that the above-captioned case is related to case number 2:10-cr-147-JCM-LRL, and that Defendants Michael Lamar Rivers has been arrested and indicted on charges relating to same course of criminal conduct. The Government therefore

respectfully requests that these cases be consolidated. Neither of the Defendant's in 2:10-cr-147-JCM-LRL are currently pending trial, therefore it is not expected that this request for consolidation will have any impact on the excludable delay attributable to Defendant Rivers, however, the trial and calendar call dates may need to be vacated and re-assigned to accommodate that Court's schedule if this motion is granted.

Government counsel has spoken with Krystallin Hernandez, Esq. (counsel for Michael Lamar Rivers); she has no objection to this motion.

Respectfully submitted this, the 21st day of January, 2011

DANIEL G. BOGDEN
United States Attorney

/s/ Bradley W. Giles

BRADLEY W. GILES
Assistant United States Attorney

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that the undersigned has served Krystallin Hernandez, Esq., counsel for Michael Lamar Rivers, with the foregoing by means of electronic filing.

ORDER

DATED this 27 day of January, 2011.

/s/ Bradley W. Giles

BRADLEY W. GILES
Assistant United States Attorney

_____
Lloyd D. George
Sr. U.S. District Judge

2