JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Jacob.Operskalski@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:11-cr-00005-JCM-LRL |
| Plaintiff, | **Stipulation to Continue Response Deadline** |
| v. | |
| Michael Lamar Rivers, | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court continue the deadline to respond to the defendant's Motion for Early Termination of Supervised Release, ECF Doc. 33.

\\

\\

\\

\\

The parties stipulate that the government shall have until May 10, 2023, to respond to the defendant's motion.

Respectfully submitted this 26th day of April, 2023.

JASON M. FRIERSON
United States Attorney

*s/ Jacob H. Operskalski*
JACOB H. OPERSKALSKI
Assistant United States Attorney


RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479

*Heidi A. Ojeda*
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:11-cr-00005-JCM-LRL |
| Plaintiff, | **Stipulation to Continue Response Deadline** |
| v. | |
| Michael Lamar Rivers, | |
| Defendants. | |

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

The government shall have until May 10, 2023, to respond to the defendant's Motion for Early Termination of Supervised Release, ECF Doc. 33.

DATED April 27, 2023.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE